**Order filed May 15, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00900-CR
_____

## LAKENDRICK EARL JACOBS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1289471**

## ORDER

Appellant is represented by appointed counsel, Patrick F. McCann. Appellant's brief was originally due **January 3, 2014**. Three extensions of time have been granted. On May 5, 2014, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We deny the request and issue the following order.

Accordingly, we order **Patrick F. McCann** to file a brief with the clerk of this Court within thirty days of the date of this order. If **Patrick F. McCann** does not timely file the brief as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the brief. See Tex. R. App. P. 38.8(b).


PER CURIAM